8 So.3d 1038 (2008)
Jackie Ronnie JONES
v.
STATE of Alabama.
CR-06-1593.
Court of Criminal Appeals of Alabama.
October 31, 2008.
James Radford Berry, Albertville, for appellant.
Troy King, atty. gen., and Jean-Paul M. Chappell, asst. atty. gen., for appellee.
PER CURIAM.
AFFIRMED BY UNPUBLISHED MEMORANDUM.
BASCHAB, P.J., and WISE and WELCH, JJ., concur.
McMILLAN, J., concurs in the result.
SHAW, J., dissents, with opinion.
SHAW, Judge, dissenting.
For the reasons stated in my dissent in Doseck v. State, [Ms. CR-07-0198, September 26, 2008] 8 So.3d 1024, ___ (Ala. Crim.App.2008), I respectfully dissent.